UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| FAYEE GU,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LAWRENCE KNIPEL,<br><br>　　　　Defendant. | CASE NO. 1:25-CV-473-HAB-ALT |

## OPINION AND ORDER

On September 5, 2025, Plaintiff filed a pro se Complaint accompanied by a Motion to Proceed In Forma Pauperis. (ECF Nos. 1, 2). Also on September 5, 2025, the Court ordered the plaintiff to file an amended complaint on or before October 10, 2025. (ECF No. 3). Plaintiff was warned that failure to respond by the deadline would result in dismissal of the case. That deadline has come and gone without action by the Plaintiff. Accordingly, this case is DISMISSED.

**SO ORDERED** this 21st day of October 2025.

　　　　　　　　　　　　　　　　　　　　s/Holly A. Brady
　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE HOLLY A. BRADY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT